GENOVA & MALIN
Attorneys for the Debtor
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
(845) 298-1600
THOMAS GENOVA, ESQ. (TG4706)
ANDREA B. MALIN, ESQ. (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF NEW YORK
--------------------------------------------------------X
IN RE

|  |  |
|---|---|
|  | **CHAPTER 7** |
| HEATHER F. FAGANS, | **CASE NO. 15-35318 (CGM)** |

Debtor.
--------------------------------------------------------X

## APPLICATION FOR CONVERSION FROM CHAPTER 7 TO A CASE UNDER CHAPTER 13

TO THE HONORABLE CECELIA G. MORRIS, U.S. BANKRUPTCY JUDGE:

The Application of HEATHER F. FAGANS, respectfully represents:

1. The debtor filed a petition under Chapter 7 of the Bankruptcy Code on February 26, 2015.

2. HEATHER F. FAGANS, is eligible to be a debtor under Chapter 13 of the Bankruptcy Code and desires to convert her case to one under Chapter 13 of the Bankruptcy Code pursuant to 11 U.S.C. Section 706(a).

3. No previous application has been made for the relief sought herein.

**WHEREFORE**, HEATHER F. FAGANS, prays for severance and relief under Chapter 13 of the Bankruptcy Code and such other and further relief as to the Court may deem

just and proper.

Dated: Wappingers Falls, New York
   May 1, 2015

         GENOVA & MALIN

By:  /s/ Andrea B. Malin    
    ANDREA B. MALIN (AM4424)
    Hampton Business Center
    1136 Route 9
    Wappingers Falls, New York 12590
    (845) 298-1600

    /s/ Heather F. Fagans    
    HEATHER F. FAGANS