UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

    HEATHER F. FAGANS
    AKA HEATHER F. FAGANS-
    VASQUEZ,
              Debtor.

Hearing Date: June 30, 2015
Hearing Time: 10:50 AM

**ORDER TERMINATING AUTOMATIC STAY AND CO-DEBTOR STAY BY DEFAULT**

Case No. 15-35318-CGM
Chapter 13

Upon the unopposed motion of Toyota Motor Credit Corporation dated June 4, 2015 seeking relief from automatic stay and co-debtor stay, and after hearing held on June 30, 2015, it is

**ORDERED**, that the automatic stay and co-debtor stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d)(1) ) and pursuant to 11 U.S.C. §1301(c) as to movant's lien interest in the property described as:

**One (1) 2010 Toyota Yaris (V.I.N. JTDJT4K32A5284746)**, and it is further

**ORDERED**, that movant shall account to this estate for any surplus proceeds realized after sale.



**Dated: July 2, 2015**
    **Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**